# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3088
_____

RICARDO A. MARTIN,

    Petitioner,

v.

MAJOR JEFF CLOUTIER, Director
Alachua County Department of
the Jail,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


January 6, 2025


PER CURIAM.

    DISMISSED.

LEWIS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Rachael O'Brien, Assistant Public Defender, Gainesville, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.